UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:22–cv–02860–MCS–KS | Date | July 29, 2022 |
| Title | GENEVIEVE MORTON V. KYLE SCHULDT ET AL | | |

---

Present:   The Honorable   Mark C. Scarsi, U. S. District Judge

| Stephen Montes Kerr | Not Reported; |
|---|---|
| Deputy Clerk | Court Reporter/Recorder |

Attorney(s) Present for Plaintiff(s):     Attorney(s) Present for Defendant(s):
None Present     None Present

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE

This action was filed over 90 days ago. The docket in this case lacks filings showing it is being timely prosecuted.

Plaintiff is **ORDERED TO SHOW CAUSE** why the action should not be dismissed without prejudice under Federal Rule of Civil Procedure 4(m). Plaintiff shall file a written response to this Order to Show Cause within 14 days.

In lieu of a written response, Plaintiff may discharge this Order to Show Cause by filing documents showing that the matter is being prosecuted diligently--for example, a proof of service of summons and complaint.

Failure to file a timely and satisfactory response may result in the dismissal of this action in its entirety for lack of prosecution.

**IT IS SO ORDERED.**

Initials of Clerk:   smo