JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENEVIEVE MORTON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>KYLE SCHULDT, an individual; and DOES 1–10,<br><br>Defendants. | Case No. 2:22-cv-02860-MCS-KS<br><br>**JUDGMENT** |

Pursuant to this Court's Order Dismissing Action Pursuant to Federal Rule of Civil Procedure 4(m),

IT IS ADJUDGED that this action is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: August 17, 2022

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

1